1  Bertrand LeBlanc II, No. 071617
   **CARROLL, BURDICK & McDONOUGH** LLP
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:   415.989.5900
4  Facsimile:   415.989.0932
   Email:       bleblanc@cbmlaw.com
5
   Attorneys for Defendant
6  LG Electronics, U.S.A., Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 | Mid-Century Insurance Company,        No. C08-02761 WDB ADR

13 |        Plaintiff,                     NOTICE OF REMOVAL OF ACTION UNDER
                                           28 U.S.C. § 1441(B) DIVERSITY
14 | v.
                                           Complaint Filed: April 22, 2008
15 | LG Electronics U.S.A., Inc., Sears,   Complaint Served: May 5, 2008
     Roebuck and Co., and Does 1 through
16 | 10, inclusive,

17 |        Defendants.

18

19   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20   PLEASE TAKE NOTICE that Defendant LG Electronics U.S.A., Inc. (hereinafter

21   "LGE" hereby removes to this Court the state court action described below.

22        1.   On April 22, 2008, an action was filed in the Superior court of the State

23   of California for Alameda County, entitled *Mid-Century Insurance Company v. LG

24   Electronics U.S.A., Inc., Sears, Roebuck and Co., and Does 1through 10*, Case

25   No. RG 08383285 (hereinafter referred to as "the Action"). A true and correct copy of

26   plaintiff's Complaint served on named defendant LG Electronics U.S.A., Inc. in this

27   Action is attached to this Notice and is identified and referenced as Exhibit A.

28   //

CBM-SF\SF406767.1

2.  LGE has not yet answered the Complaint nor otherwise appeared in the Action. As of the date of preparation of this Notice of Removal, LGE is informed that co-defendant Sears, Roebuck & Co. was served on or about May 13, 2008, but has not yet appeared in this case.

3.  Although the amount in controversy is not stated in the Complaint, LGE is informed and believes that plaintiff Mid-Century alleges it has sustained more than $75,000 in actual damages. Accordingly, LGE has a good faith belief that Plaintiff will seek damages in excess of the federal diversity jurisdictional amount.

4.  At the time the Action was commenced and presently, LGE was, and still is, a corporation incorporated under the laws of the state of Delaware, having its principal place of business in Englewood Cliffs, New Jersey.

5.  LGE is informed and believes that Defendant Sears, Roebuck & Co. is a New York corporation with its principal place of business in Cook County, Illinois.

6.  LGE is informed and believes that Plaintiff Mid-Century Insurance Company is a California corporation with its principal place of business also in California.

7.  The district court has original jurisdiction of this Action pursuant to 28 U.S.C. § 1332(a). The Action is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of costs and interest. LGE is not a citizen of the state of California. This petition is filed within the time specified under 28 U.S.C. § 1446(b). Accordingly, the matter is subject to removal on diversity grounds pursuant to 28 U.S.C. § 1441(b).

Dated: June 2, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____
Bertrand LeBlanc II
Attorneys for Defendant
LG Electronics U.S.A., Inc.

Exhibit A

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

APR 2 2 2008

CLERK OF THE SUPERIOR COURT

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MID-CENTURY INSURANCE COMPANY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

CASE NUMBER: *(Número del Caso)* RG08383285

The name and address of the court is:
*(El nombre y dirección de la corte es):*
ALAMEDA COUNTY SUPERIOR COURT
1225 Fallon Street, Room 109
Oakland, California 94612
Rene C. Davidson Courthouse

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth W. Turner, Esq. (SB# 100393)    530-898-0774    530-898-0775
LAW OFFICES OF KENNETH W. TURNER
2057 Forest Avenue, Suite 3

DATE: APR 2 2 2008   Pat S. Sweeten   Clerk, by _____, Deputy
*(Fecha)*                  *(Secretario)*                                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): LG ELECTRONICS U.S.A., INC.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date): 5-5-08

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Legal Solutions Plus

*6489783*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | |
|---|---|
| Kenneth W. Turner, Esq. (SB# 100393)<br>LAW OFFICES OF KENNETH W. TURNER<br>2057 Forest Avenue, Suite 3<br>Chico, California 95928 | |
| TELEPHONE NO: 530-898-0774    FAX NO. (Optional): 530-898-0775 | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): Plaintiff, MID-CENTURY INSURANCE COMPANY | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street, Room 109
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Rene C. Davidson Courthouse

PLAINTIFF: MID-CENTURY INSURANCE COMPANY

DEFENDANT: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and

[X] DOES 1 TO 10, inclusive.

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE    [X] OTHER (specify): SUBROGATION
[X] Property Damage    [ ] Wrongful Death
[ ] Personal Injury    [ ] Other Damages (specify):

FILED ALAMEDA COUNTY
APR 2 2 2008
, Exec. Off/Clerk
By _____

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: RG 08383285

1. Plaintiff (name or names): MID-CENTURY INSURANCE COMPANY

   alleges causes of action against defendant (name or names): LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff (name): MID-CENTURY INSURANCE COMPANY
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions

Code of Civil Procedure, § 425.12

|  |  |
|---|---|
| SHORT TITLE: MID-CENTURY INSURANCE COMPANY v. LG ELECTRONICS U.S.A., INC., et al. | CASE NUMBER: |

PLD-PI-001

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): LG ELECTRONICS U.S.A., INC.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): SEARS, ROEBUCK AND CO.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 through 5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 6 through 10 are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property    Page 2 of 3

| SHORT TITLE: MID-CENTURY INSURANCE COMPANY v. LG ELECTRONICS U.S.A., INC., et al. | CASE NUMBER: | PLD-PI-001 |
|---|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☒ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify)*: Payout pursuant to contract of insurance.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    All charging allegations.

Date: April 18, 2008

Kenneth W. Turner
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| | | |
|---|---|---|
| SHORT TITLE: MID-CENTURY INSURANCE COMPANY v. LG ELECTRONICS U.S.A., INC., et al. | CASE NUMBER: | PLD-PI-001(2) |

FIRST CAUSE OF ACTION—General Negligence   Page FOUR
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: MID-CENTURY INSURANCE COMPANY

alleges that defendant *(name)*: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and

[X] Does 1 to 10, inclusive.

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: August 18, 2007
at *(place)*: 170 Hillcrest Road, Berkeley, California 94705 - residence of Magdalene Allen
*(description of reasons for liability)*:

On or about August 18, 2007 a water loss occurred at the plaintiff's insureds' premises. This loss was caused by the negligence of defendants and each of them. LG Electronics U.S.A., Inc. and Sears, Roebuck and Co. negligently manufactured and designed a LG Tromm Model washing machine which resulted in the water damage.

The direct and proximate cause of the plaintiff's insureds' loss is due to the negligence of defendants, and each of them. Pursuant to the applicable contract of insurance, Plaintiff, Fire Insurance Exchange, paid its insured and was subrogated to the extent of its payout.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure 425.12

| | |
|---|---|
| SHORT TITLE: MID-CENTURY INSURANCE COMPANY v. LG ELECTRONICS U.S.A., INC., et al. | PLD-PI-001(5) |
| | CASE NUMBER: |

SECOND <u>             </u>  CAUSE OF ACTION—Products Liability
    (number)

Page <u>FIVE</u>

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: MID-CENTURY INSURANCE COMPANY

Prod. L-1. On or about *(date)*: August 18, 2007  plaintiff was injured by the following product: LG Tromm washing machine, Model Number WM2688HWM, Serial Number 704KWEL03908

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [X] used in the manner intended by the defendants.
  [ ] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [ ] purchaser of the product.
  [ ] bystander to the use of the product.
  [ ] user of the product.
  [X] other *(specify)*: Insurer of the user of the product.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X] **Count One—Strict liability** of the following defendants who
  a. [X] manufactured or assembled the product *(names)*: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and
     [X] Does 1 to 10
  b. [X] designed and manufactured component parts supplied to the manufacturer *(names)*: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and
     [X] Does 1 to 10
  c. [X] sold the product to the public *(names)*: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and
     [X] Does 1 to 10

Prod. L-5. [X] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names)*: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and
     [X] Does 1 to 10

Prod. L-6. [ ] **Count Three—Breach of warranty** by the following defendants *(names)*: LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and
     [X] Does 1 to 10
  a. [X] who breached an implied warranty
  b. [X] who breached an express warranty which was
     [X] written   [X] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
  [ ] listed in Attachment-Prod. L-7   [ ] as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure, § 425.12