1  Bertrand LeBlanc II, No. 071617
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:  415.989.5900
4  Facsimile:  415.989.0932
   Email:      bleblanc@cbmlaw.com
5
   Attorneys for Defendant
6  LG Electronics, Inc.

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | Mid-Century Insurance Company,          | No. C 08-02761
13 |         Plaintiff,                      | **PROOF OF SERVICE**
14 |    v.
15 | LG Electronics U.S.A., Inc., Sears,
   | Roebuck and Co., and Does 1 through
16 | 10, inclusive,
17 |         Defendants.

CBM-SF\SF407239.1

**PROOF OF SERVICE**

*Mid-Century Insurance Company v. LG Electronics U.S.A., Inc. et al.*
U.S.D.C. Action No. C 08-0261 WDB

## PROOF OF SERVICE

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, California 94104. On June 5, 2008, I served the enclosed:

**Notice of Removal of Action Under 28 U.S.C. §1441(B) Diversity;**
**Notice That Action Has Been Removed to Federal Court;**
**Order Setting Initial Case Management Conference and ADR Deadlines;**
**Booklet: "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California";**
**Notice of Assignment of Case to a United States Magistrate Judge for Trial; and**
**ECF Registration Information Handout**

on the following interested party(s) in said cause.

| | |
|---|---|
| Kenneth W. Turner, Esq.<br>LAW OFFICES OF<br>KENNETH W. TURNER<br>2057 Forest Avenue, Suite 3<br>Chico, CA 95928<br>Tel: (530) 898-0774<br>Fax: (530) 898-0775 | *Attorney for Plaintiff Mid-Century Insurance Company* |

**VIA MAIL**

☒ By enclosing a true and correct copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection in the offices of Carroll, Burdick & McDonough LLP in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on this same day.

**VIA FACSIMILE**

☐ By transmitting via facsimile the correspondence/document(s) listed above from fax number 415.989.0932, to the fax number(s) set forth above during the ordinary course of business on this date before 5:00 p.m. I am readily familiar with the Firm's practice for collection and processing of correspondence/ document(s) via facsimile transmission(s). The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

**VIA OVERNIGHT DELIVERY**

☐ By enclosing a true and correct copy thereof in a sealed envelope(s), addressed as above, and placing for collection by overnight mail delivery service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for overnight delivery, and any correspondence/document(s) placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail delivery service to receive correspondence/documents(s), with delivery fees paid or provided for, this same day, for delivery on the following business day.

**VIA HAND DELIVERY**

☐ By enclosing a true and correct copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on this day by courier service following ordinary business practices.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 5, 2008, at San Francisco, California.

*Margaret Foley*
Margaret Foley

CBM-SF\SF407239.1

-3-

**PROOF OF SERVICE**