# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mid-Century Insurance Company

        Plaintiff(s),

v.

LG Electronics U.S.A., Inc., Sears,
Roebuck and Co., et al.
        Defendant(s).

Case No. 08-CV-2761 WBD

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/9/08

        *[signature]*
        Mid-Century Insurance
        [Party]

Dated: 6/18/08

        *[signature]*
        Attorney at Law
        [Counsel]