UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mid-Century Insurance Company,

    Plaintiff(s),

v.

LG Electronics U.S.A., Sears, Roebuck
and Co., et al.

    Defendant(s).

Case No. C 08-02761 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/10/08

_____
[Party]
INSURANCE REPRESENTATIVE FOR LG AND SEARS.

Dated: 7/10/08

_____
[Counsel] FOR DEFENDANTS LG AND SEARS.

1  *Mid-Century Insurance Company v. LG Electronics U.S.A., Inc. et al.*
2  United States District Court, Northern District, Case No. C08-02761 WDB ADR

### PROOF OF SERVICE

3  I declare that I am employed in the County of San Francisco, State of
4  California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, California 94104.
5  On July 11, 2008, I served the enclosed:

6  **ADR Certificate by Parties and Counsel**

7  on the following interested party(s) in said cause.

8  Kenneth W. Turner, Esq.                    *Attorney for Plaintiff Mid-Century Insurance*
   LAW OFFICES OF                             *Company*
9  KENNETH W. TURNER
   2057 Forest Avenue, Suite 3
10 Chico, CA  95928
   Tel: (530) 898-0774
11 Fax: (530) 898-0775

12
   **VIA MAIL**
13
   [X]   By enclosing a true and correct copy thereof in a sealed envelope and, following
14         ordinary business practices, said envelope was placed for mailing and collection in
           the offices of Carroll, Burdick & McDonough LLP in the appropriate place for mail
15         collected for deposit with the United States Postal Service. I am readily familiar
           with the Firm's practice for collection and processing of correspondence/
16         documents for mailing with the United States Postal Service and that said
           correspondence/documents are deposited with the United States Postal Service in
17         the ordinary course of business on this same day.

18 **VIA FACSIMILE**

   [ ]   By transmitting via facsimile the correspondence/document(s) listed above from
19         fax number 415.989.0932, to the fax number(s) set forth above during the ordinary
           course of business on this date before 5:00 p.m. I am readily familiar with the
20         Firm's practice for collection and processing of correspondence/ document(s) via
           facsimile transmission(s). The facsimile transmission(s) was reported as complete
21         and without error, and a copy of the transmission report is attached.

22 **VIA OVERNIGHT DELIVERY**

   [ ]   By enclosing a true and correct copy thereof in a sealed envelope(s), addressed as
23         above, and placing for collection by overnight mail delivery service. I am readily
           familiar with the Firm's practice for collection and processing of correspondence/
24         documents for overnight delivery, and any correspondence/document(s) placed for
           collection for overnight delivery would, in the ordinary course of business, be
25         delivered to an authorized courier or driver authorized by the overnight mail
           delivery service to receive correspondence/documents(s), with delivery fees paid or
26         provided for, this same day, for delivery on the following business day.

27

28

CBM-SF\SF406802.1

**PROOF OF SERVICE**

1  **VIA HAND DELIVERY**

2  ☐   By enclosing a true and correct copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on this day by courier service following ordinary business practices.

3

4   I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 11, 2008, at San Francisco, California.

5

6

7   _____
   Margaret Foley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-SF\SF406802.1                    -2-

**PROOF OF SERVICE**