```
 1  Jeffrey W. Allen (Bar No. 099240)
    Jennifer R. Thomas (Bar No. 199972)
 2  Larisa K. Raymundo (Bar No. 233358)
    VAN DE POEL, LEVY & ALLEN, LLP
 3  1600 South Main Plaza, Suite 325
    Walnut Creek, California 94596
 4  Telephone:   (925) 934-6102
    Facsimile:   (925) 934-6060
 5  Email: jthomas@vanlevylaw.com

 6  Attorneys for Defendant
    SEARS, ROEBUCK AND CO.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, | CASE NO.: 4:08-cv-02761-WDB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive | *Complaint Filed: April 22, 2008*<br>*Complaint Served: May 5, 2008* |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: SEARS, ROEBUCK AND CO. makes the following substitution:

1. Former legal representative: Attorney Bertrand LeBlanc, State Bar No. 71617, Carroll Burdick & McDonough LLP, 44 Montgomery St #400, San Francisco, CA, 94104, Phone #: (415) 989-5900.

2. New Legal Representative: Attorney Jennifer R. Thomas, State Bar No. 199972, 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596, Phone #: (925) 934-6102.

The party making the substitution is a Defendant.

///

///

///

VAN DE POEL, LEVY & ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00477703.DOC;1}

1

SUBSTITUTION OF ATTORNEY

1 | I consent to this substitution.

2 | DATED: August 22, 2008     VAN DE POEL, LEVY & ALLEN, LLP

By: *Jennifer R. Thomas*
JENNIFER R. THOMAS

5 | I consent to this substitution.

DATED: August 22, 2008     SEARS HOLDINGS CORPORATION

By: *Rob C. Fanning*
ROB C. FANNING

10 | I consent to this substitution.

DATED: August 22, 2008     CARROLL, BURDICK & McDONOUGH

By: *B. LeBlanc*
BERTRAND LEBLANC

VAN DE POEL, LEVY &
ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6099

{00477703.DOC;1}

2

SUBSTITUTION OF ATTORNEY

*Mid-Century Insurance Company v. LG Electronics U.S.A., Inc. et al.*
United States District Court, Northern District, Case No. C08-02761 WDB ADR

**PROOF OF SERVICE VIA ELECTRONIC TRANSMISSION**

     I, the undersigned, declare that I am, and was at the time of service of the documents herein referred to, over the age of 18 years and am not a party to the action; I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 400, San Francisco, California 94104.

     On the date executed below, I electronically served the document(s) described as:

**SUBSTITUTION OF ATTORNEY**

on recipients designated on the transaction receipt.

     I declare under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct, and was executed on August 22, 2008, San Francisco, California.

_____
Margaret Foley

CBM-SF\SF416284.1

PROOF OF SERVICE VIA ELECTRONIC TRANSMISSION