# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

**Case Number:**   C08-2761WDB

**DOCUMENT NUMBER:**   11

**REMOVED PER COURT ORDER (DOCUMENT #17 FILED 9/3/08)**