# VLA    VAN DE POEL, LEVY & ALLEN, LLP
### ATTORNEYS AT LAW

**1600 South Main Plaza, Suite 325**
**Walnut Creek, CA 94596**
**Tel: (925) 934-6102**
Fax: (925) 934-6060

425 California Street, 19th Floor
San Francisco, CA 94104
Tel: (415) 291-8844
Fax: (415) 291-8855

August 25, 2008

Magistrate Judge Wayne D. Brazil
United States District Court – Northern District
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA 94612

**Re:**   Allen, Magdalene a/s/o Mid-Century Insurance Company v. LG Electronics U.S.A., Inc.;
         Sears, Roebuck and Co., et al.
         United States District Court Northern District Oakland Case No.: 4:08-cv-02761-WDB
         Our client: Sears, Roebuck and Co.

Dear Magistrate Judge Brazil:

Please be advised that we have been retained to represent Sears, Roebuck and Co., (formerly represented by Randy LeBlanc of Carroll, Burdick & McDonough) in the above litigation. A Substitution of Attorney form was filed on Friday, August 22, 2008.

We have checked the court's register of actions and see that there is a Case Management Conference scheduled for Thursday, September 11, 2008. Considering our recent involvement in the case, we respectfully request that the Case Management Conference be continued approximately 30 days to allow us opportunity to posture ourselves appropriately. All counsel has agreed to such a continuance of the Case Management Conference.

If you have any questions, please contact me.

Respectfully,

VAN DE POEL, LEVY & ALLEN, LLP

JENNIFER R. THOMAS
LARISA K. RAYMUNDO

JRT/lr
cc:    Bertrand LeBlanc, II, Esq.
       Kenneth Wayne Turner, Esq.