1
2
3
4
5                     UNITED STATES DISTRICT COURT
6                     NORTHERN DISTRICT OF CALIFORNIA
7
8   MID-CENTURY INSURANCE CO.            No. C 08-2761 WDB

9           Plaintiff,                   NOTICE RESCHEDULING INITIAL
                                         CASE MANAGEMENT CONFERENCE
10
        v.
11
    LG ELECTRONICS U.S.A., INC., et
12  al.
            Defendants.
13  _____/

14  TO ALL PARTIES AND COUNSEL OF RECORD:

         At the request of counsel for the parties, the Initial Case Management Conference set for
15
    September 11, 2008, is <u>continued</u> to **Tuesday, October 28, 2008, at 4:00 p.m.** <u>Lead</u> trial
16
    counsel for each party must participate in the case management conference. **No later than**
17
    **seven court days** prior to the case management conference, the parties must meet and confer and
18
    file a Joint Case Management Statement.
19
                                         Richard W. Wieking, Clerk
20  August 26, 2008                      United States District Court

21
                                         *Sarah Weinstein*
22
                                         By:   Sarah Weinstein
23                                             Law Clerk/Deputy Clerk

24
25
26
27
28