1 | Jeffrey W. Allen (Bar No. 099240)
2 | Jennifer R. Thomas (Bar No. 199972)
   | Larisa K. Raymundo (Bar No. 233358)
3 | VAN DE POEL, LEVY & ALLEN, LLP
   | 1600 South Main Plaza, Suite 325
4 | Walnut Creek, California 94596
   | Telephone:    (925) 934-6102
5 | Facsimile:    (925) 934-6060
   | Email: jthomas@vanlevylaw.com

6 | Attorneys for Defendant
7 | SEARS, ROEBUCK AND CO.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, | CASE NO.: 4:08-cv-02761-WDB |
| Plaintiff, | MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| vs. | (Northern District of California Civil Local Rule 7-11) |
| LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive | *Complaint Filed: April 22, 2008* *Complaint Served: May 5, 2008* *Initial CMC: Tuesday, October 28, 2008* |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: DEFENDANT SEARS, ROEBUCK AND CO. makes the following request pursuant to Northern District of California Civil Local Rule 7-11 to remove incorrectly filed Document No. 11.

On August 26, 2008, counsel for Defendant SEARS, ROEBUCK AND CO. caused to be filed Document No. 11 entitled "Letter from Jennifer R. Thomas to Magistrate Judge Wayne D. Brazil." The document that was attached and that was electronically filed was not a letter to Magistrate Judge Wayne D. Brazil. A privileged attorney-client communication in a case entirely unrelated to the above-referenced case was inadvertently filed in place of the intended letter to Magistrate Brazil.

The document reference information associated with the inadvertently filed document is as follows: Document description:    Main Document

VAN DE POEL, LEVY & ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00478556.DOC;1}

1

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

1       Original   filename:C:\DOCUME~1\LAR\LOCALS~1\TEMP\WDGX\90C\OPEN\0001\Let

2 to Magistrate Judge Brazil (00478547).PDF

3       Electronic document Stamp:

4       [STAMP CANDStamp_ID=977336130 [Date=8/26/2008] [FileNumber=4637960-0]

5       [8053ae2a58a9a1d584ff0170b83320aa18a0a9962b715da3c937530f1f7c18a44d1cc

6       34f2ca62149638238389c32310031974411380b5478d191765c19918f34]]

7       The intended letter to Magistrate Brazil was properly electronically filed later in the day on

8 August 26, 2008 as document number 12.  The document reference information associated with the

9 properly filed document is as follows:

10 Document description:Main Document

11 Original   filename:C:\DOCUME~1\LAR\LOCALS~1\TEMP\WDGX\90C\OPEN\0001\Let   to

12 Magistrate Judge Brazil (00478547).PDF

13 Electronic document Stamp:

14 [STAMP CANDStamp_ID=977336130 [Date=8/26/2008] [FileNumber=4637960-0]

15 [8053ae2a58a9a1d584ff0170b83320aa18a0a9962b715da3c937530f1f7c18a44d1cc

16 34f2ca62149638238389c32310031974411380b5478d191765c19918f34]]

17       DEFENDANT SEARS, ROEBUCK AND CO moves the court for the following:

18       1.     To remove Document No. 11, filed August 26, 2008 entirely from the court's

19 register;

20       2.     To block all electronic access to Document No. 11; and

21       3.     To Order that any and all copies of the document be destroyed.

22 DATED: August 28, 2008       VAN DE POEL, LEVY & ALLEN, LLP

23

24       By: Jennifer R Thomas

25       JENNIFER R. THOMAS

26

27

28

VAN DE POEL, LEVY &
ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00478556.DOC;1}

2

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

| | |
|---|---|
| Re: | Allen a/s/o Mid-Century Insurance v. LG Electronics U.S.A., Inc. |
| Court: | United States District Court – Northern District of California – Oakland |
| Action No: | 4:08-cv-02761-WDB |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel, Levy & Allen whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On August 29, 2008, I served the following document(s) in the following manner(s):

### MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was     .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

| | |
|---|---|
| Kenneth Wayne Turner, Esq. | Bertrand LeBlanc, II |
| Law Offices of Kenneth W. Turner | Carroll Burdick & McDonough, LLP |
| 2057 Forest Avenue, Suite 3 | 44 Montgomery Street, Suite 400 |
| Chico, CA 95928 | San Francisco, CA 94104 |
| Telephone: (530) 898-0774 | Telephone: (415) 989-5900 |
| Facsimile: (530) 898-0775 | Facsimile: (415) 989-0932 |
| Email: turnerfirelaw@sbcglobal.net | Email: randyl@cbmlaw.com |
| **Attorney for Plaintiff Mid-Century Insurance Company** | **Attorney for Defendant LG Electronics, U.S.A., Inc.** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:     August 29, 2008

_Ramonda C_____

Ramonda Clarke