1  Jeffrey W. Allen (Bar No. 099240)
   Jennifer R. Thomas (Bar No. 199972)
2  Larisa K. Raymundo (Bar No. 233358)
   VAN DE POEL, LEVY & ALLEN, LLP
3  1600 South Main Plaza, Suite 325
   Walnut Creek, California 94596
4  Telephone:   (925) 934-6102
   Facsimile:   (925) 934-6060
5  Email: jthomas@vanlevylaw.com

6  Attorneys for Defendant
   SEARS, ROEBUCK AND CO.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

| | |
|---|---|
| 11  MID-CENTURY INSURANCE COMPANY, | CASE NO.: 4:08-cv-02761-WDB |
| 12              Plaintiff, | **STIPULATION TO REMOVE DOCUMENT NO. 11 FROM COURT'S REGISTER OF ACTIONS** |
| 13      vs. | |
| 14  LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive | *Complaint Filed: April 22, 2008* *Complaint Served: May 5, 2008* |
| 15 | |
| 16 | |
| 17              Defendants. | |

18   This Stipulation is between and among Mid-Century Insurance Company, LG Electronics

19  U.S.A., Inc., and Sears, Roebuck and Co. (collectively "The Parties") in this litigation. The

20  Stipulation is being made by and through their respective attorneys of record.

21   (1) The parties agree to remove Document No. 11, filed electronically on Tuesday, August

22       26, 2008, by Defendant Sears, Roebuck and Co. as the document was filed in error and

23       unrelated to the above litigation.

24  ///

25  ///

26  ///

27  ///

28  ///

{00478793.DOC;1}

1

STIPULATION TO REMOVE DOCUMENT NO. 11 FROM COURT'S REGISTER OF ACTIONS

VAN DE POEL, LEVY & ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

(2) This Stipulation may be executed in multiple parts.

DATED: August 29, 2008        VAN DE POEL, LEVY & ALLEN, LLP

By: *Jennifer R. Thomas*
    JENNIFER R. THOMAS
    Attorney for Sears, Roebuck and Co.

DATED: August    , 2008        LAW OFFICES OF KENNETH WAYNE TURNER

By: _____
    KENNETH WAYNE TURNER
    Attorney for Mid-Century Insurance

DATED: August 28, 2008        CARROLL, BURDICK & McDONOUGH

By: *[signature]*
    BERTRAND LEBLANC
    Attorney for L.G. Electronics, U.S.A., Inc.

VAN DE POEL, LEVY & ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00478793.DOC;1}

2

STIPULATION TO REMOVE DOCUMENT NO. 11 FROM COURT'S REGISTER OF ACTIONS

1  (2) This Stipulation may be executed in multiple parts.

2  DATED: August __, 2008    VAN DE POEL, LEVY & ALLEN, LLP

3

4  By: _____
   JENNIFER R. THOMAS
5  Attorney for Sears, Roebuck and Co.

6
   DATED: August 26, 2008    LAW OFFICES OF KENNETH WAYNE TURNER
7

8  By: _____
   KENNETH WAYNE TURNER
9  Attorney for Mid-Century Insurance

10

11 DATED: August __, 2008    CARROLL, BURDICK & McDONOUGH

12

13 By: _____
   BERTRAND LEBLANC
14 Attorney for L.G. Electronics, U.S.A., Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VAN DE POEL, LEVY &
ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102

{00478793.DOC;1}

2

| | |
|---|---|
| Re: | Allen a/s/o Mid-Century Insurance v. LG Electronics U.S.A., Inc. |
| Court: | United States District Court – Northern District of California – Oakland |
| Action No: | 4:08-cv-02761-WDB |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel, Levy & Allen whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On August 29, 2008, I served the following document(s) in the following manner(s):

### STIPULATION TO REMOVE DOCUMENT NO. 11 FROM COURT'S REGISTER OF ACTIONS

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was    .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

| | |
|---|---|
| Kenneth Wayne Turner, Esq.<br>Law Offices of Kenneth W. Turner<br>2057 Forest Avenue, Suite 3<br>Chico, CA 95928<br>Telephone: (530) 898-0774<br>Facsimile: (530) 898-0775<br>Email: turnerfirelaw@sbcglobal.net<br>**Attorney for Plaintiff Mid-Century Insurance Company** | Bertrand LeBlanc, II<br>Carroll Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 989-5900<br>Facsimile: (415) 989-0932<br>Email: randyl@cbmlaw.com<br>**Attorney for Defendant LG Electronics, U.S. A., Inc.** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   August 29, 2008

*/s/ Ramonda Clarke*
Ramonda Clarke