Jeffrey W. Allen (Bar No. 099240)
Jennifer R. Thomas (Bar No. 199972)
Larisa K. Raymundo (Bar No. 233358)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone:    (925) 934-6102
Facsimile:    (925) 934-6060
Email: jthomas@vanlevylaw.com

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 4:08-cv-02761-WDB<br><br>PROPOSED ORDER FOR MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br>(Northern District of California Civil Local Rule 7-11)<br><br>*Complaint Filed: April 22, 2008*<br>*Complaint Served: May 5, 2008*<br>*Initial CMC: Tuesday, October 28, 2008* |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Document No. 11, filed August 26, 2008 be removed entirely from the Court's register;

2. All electronic access to Document No. 11 be blocked; and

3. Any and all copies of Document No. 11 be destroyed.

IT IS SO ORDERED:

DATED:

---

THE HONORABLE WAYNE D. BRAZIL
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00478859.DOC;1}

1

PROPOSED ORDER FOR MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

Re:       Allen a/s/o Mid-Century Insurance v. LG Electronics U.S.A., Inc.
Court:    United States District Court – Northern District of California – Oakland
Action No:   4:08-cv-02761-WDB

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel, Levy & Allen whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On August 29, 2008, I served the following document(s) in the following manner(s):

**PROPOSED ORDER FOR MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was  .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

| | |
|---|---|
| Kenneth Wayne Turner, Esq.<br>Law Offices of Kenneth W. Turner<br>2057 Forest Avenue, Suite 3<br>Chico, CA 95928<br>Telephone: (530) 898-0774<br>Facsimile: (530) 898-0775<br>Email: turnerfirelaw@sbcglobal.net<br>**Attorney for Plaintiff Mid-Century Insurance Company** | Bertrand LeBlanc, II<br>Carroll Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 989-5900<br>Facsimile: (415) 989-0932<br>Email: randyl@cbmlaw.com<br>**Attorney for Defendant LG Electronics, U.S.A., Inc.** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:    August 29, 2008

*/s/ Ramonda Clarke*
Ramonda Clarke