Jeffrey W. Allen (Bar No. 099240)
Jennifer R. Thomas (Bar No. 199972)
Larisa K. Raymundo (Bar No. 233358)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone:     (925) 934-6102
Facsimile:     (925) 934-6060
Email:  jthomas@vanlevylaw.com

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO., and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.:  4:08-cv-02761-WDB<br><br>~~PROPOSED~~ ORDER FOR MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br>(Northern District of California Civil Local Rule 7-11)<br><br>*Complaint Filed: April 22, 2008*<br>*Complaint Served: May 5, 2008*<br>*Initial CMC: Tuesday, October 28, 2008* |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

    1.    Document No. 11, filed August 26, 2008 be removed entirely from the Court's register;

    2.    All electronic access to Document No. 11 be blocked; and

    3.    Any and all copies of Document No. 11 be destroyed.

IT IS SO ORDERED:

DATED: 9-2-08

THE HONORABLE WAYNE D. BRAZIL
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VAN DE POEL, LEVY &
ALLEN
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00478859.DOC;1}

1

PROPOSED ORDER FOR MOTION TO REMOVE INCORRECTLY FILED DOCUMENT