UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MID-CENTURY INSURANCE COMPANY,

    Plaintiff,

v.

LG ELECTRONICS, INC., et al.,

    Defendant.

_____/

No. C 08-2761 WDB

ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE

On December 2, 2008, the parties appeared by telephone for a Further Case Management Conference. On the record during the Conference, the parties confirmed that they will soon serve the First Amended Complaint on the new defendant, Premier Delivery Service. Counsel for Premier must then decide whether Premier will consent to Magistrate Judge jurisdiction or will decline such jurisdiction and request that the case be reassigned to a District Court Judge. Plaintiff's counsel must inform the undersigned at (510) 637-3324 when Premier has been served, and the Clerk will provide information to Premier about the procedures for consenting or requesting reassignment. Accordingly, because the undersigned has the power to hear this case only with the consent of all parties, the undersigned decided to defer holding a substantive status conference until it becomes clear whether Premier will consent to or decline Magistrate Judge jurisdiction.[1]

---

[1] The undersigned informed counsel during the conference that to the extent Premier was not prepared at the outset to elect to consent or to decline but wished, instead, to proceed with an ADR event, such as mediation or early neutral evaluation, counsel should so inform the Court. Premier's

1

If Premier consents to the undersigned's jurisdiction, all counsel must appear, by telephone, for a further status conference on **Tuesday, January 20, 2009, at 1:30 p.m.** To appear, Defendant LG Electronic's counsel, Mr. Bertrand LeBlanc, must get all other counsel on the line and call the Court at (510) 637-3909.

If the matter settles before January 20, 2009, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

IT IS SO ORDERED.

Dated:   December 2, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

---

participation in an ADR process will <u>not</u> be deemed consent to Magistrate Judge jurisdiction.