Case 4:08-cv-02761-WDB   Document 21   Filed 12/01/2008   Page 1 of 2

Kenneth W. Turner, Esq. SB# 100393
LAW OFFICES OF KENNETH W. TURNER
2057 Forest Avenue, Suite 3
Chico, California 95928
Telephone: (530) 898-0774
Facsimile: (530) 898-0775

**Attorney for Plaintiff,**
**MID-CENTURY INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LG ELECTRONICS U.S.A.; SEARS ) <br> ROEBUCK AND CO.; and DOES 1 ) <br> through 10, inclusive. ) <br> ) <br> Defendants. ) <br> _____/ | Case No. C08-02761 WDB ADR <br><br> **STIPULATION TO FILE FIRST** <br> **AMENDED COMPLAINT** |

    1.   It is hereby Stipulated by and between the parties for the existing Defendants, LG ELECTRONICS U.S.A. and SEARS ROEBUCK AND CO. through their attorneys of records that Plaintiff's Complaint, originally filed in State Court Alameda County case Number 08383285, filed April 22, 2008 which was removed to Federal Court by order dated June 3, 2008 , may be amended so as to (a) add as a new defendant Premier Deliver Service and (b) conform with Federal Court Rules and Statutes regarding its content.

---

1

STIPULATION TO FILE FIRST AMENDED COMPLAINT          C08-02761

Case 4:08-cv-02761-WDB   Document 21   Filed 12/01/2008   Page 2 of 2

1  Defendants would not be required to file an amended
2  Answers, unless they desire to do so.
3      3.  A true and correct copy of the proposed first amended
4  complaint is attached hereto as Exhibit A.

DATED: 11/25/08                     _____
                                    KENNETH W. TURNER
                                    Attorney for Plaintiff,
                                    MID-CENTURY INSURANCE COMPANY

DATED: 12/1/08                      _____
                                    BERTRAND LE BLANC II
                                    Attorney for Defendant,
                                    LG ELECTRONICS U.S.A.

DATED: 11/26/08                     _____
                                    JEFFREY W. ALLEN
                                    Attorney for Defendant,
                                    SEARS, ROEBUCK AND CO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/2/08                      _____
                                    JUDGE OF THE SUPERIOR COURT