United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MID-CENTURY INSURANCE COMPANY,

             Plaintiff,

    v.

LG ELECTRONICS, INC., et al.,

             Defendant.

No. C 08-2761 WDB

ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE

On January 20, 2009, Plaintiff Mid-Century, Defendant L.G. Electronics, and Defendant Sears appeared by telephone for a Status Conference. Recently-served Defendant Premier did not appear (it had not to date made an appearance). However, shortly after the hearing, counsel for Premier informed the Court that Premier would soon appear and does consent to the jurisdiction of the Undersigned.

This matter is hereby Ordered to ADR for a mediation to be conducted between April 15, 2009, and May 15, 2009.

On **Wednesday, June 3, 2009, at 1:30 p.m.**, all counsel must telephonically appear for a further Status Conference. To appear, Defendant Sear's counsel, Mr. Jeffrey Allen, will get all other counsel on the line and call the Court at (510) 637-3909.

If the matter settles before June 3, 2009, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

1

1 | IT IS SO ORDERED.

2 | Dated:   January 21, 2009

3

4 | WAYNE D. BRAZIL
United States Magistrate Judge

5

6 | cc:    ADR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28