1  Jeffrey W. Allen (Bar No. 099240)
   VAN DE POEL, LEVY & ALLEN, LLP
2  1600 South Main Plaza, Suite 325
   Walnut Creek, California 94596
3  Telephone:  (925) 934-6102
   Facsimile:  (925) 934-6060
4  Email:  jallen@vanlevylaw.com

5  Attorneys for Defendant
   SEARS, ROEBUCK AND CO.
6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

| 11  MID-CENTURY INSURANCE COMPANY | CASE NO.: C08-02761 WDB |
|---|---|
| 12                 Plaintiff, | **STIPULATION and ORDER FOR DISMISSAL** |
| 13                 vs. | |
| 14  LG ELECTRONICS U.S.A., INC., SEARS, ROEBUCK AND CO.; and DOES 1 through | *Assigned to:  Magistrate Judge Wayne D. Brazil*<br>*Complaint Filed:  April 22, 2008* |
| 15  10, inclusive. | |
| 16                 Defendants. | |

17

18       This matter having been settled by the parties, IT IS HEREBY STIPULATED that the matter

19  may be dismissed with prejudice.

20

21  DATED:  5/19/09

22                                      VAN DE POEL, LEVY, & ALLEN, LLP

23                                      By: _____
                                            JEFFREY W. ALLEN
24                                          Attorneys for Defendant
                                            SEARS, ROEBUCK, AND CO.
25  ///

26  ///

27  ///

28  ///

VAN DE POEL, LEVY, &
ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102

{00544394.DOC;1}                          1

MEDIATION BRIEF BY DEFENDANT SEARS, ROEBUCK AND CO.

DATED: 5/14/09

**LAW OFFICES OF KENNETH W. TURNER**

By: _____
KENNETH W. TURNER
Attorneys for Plaintiff
MID-CENTURY INSURANCE COMPANY

DATED:

**CARROLL, BURDICK & MCDONOUGH, LLP**

By: _____
BERTRAND LEBLANC, II
Attorneys for Defendant
LG ELECTRONICS, U.S.A., INC.

DATED:

**DANIEL CROWLEY & ASSOCIATES**

By: _____
DANIEL F. CROWLEY
Attorneys for PREMIER DELIVERY SERVICE

VAN DE POEL, LEVY, &
ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102

{00544394.DOC;1}                                              2

MEDIATION BRIEF BY DEFENDANT SEARS, ROEBUCK AND CO.

1

2

3

4

5

6 | DATED: 5/14/09

7

8

9

10

11

12 | DATED:

13

14

15

16

17

18

19

20

21

22

23

24

'25

26

27

28

DATED:

LAW OFFICES OF KENNETH W. TURNER

By: _____
    KENNETH W. TURNER
    Attorneys for Plaintiff
    MID-CENTURY INSURANCE COMPANY

CARROLL, BURDICK & MCDONOUGH, LLP

By: _____
    BERTRAND LEBLANC, II
    Attorneys for Defendant
    LG ELECTRONICS, U.S.A., INC.

DANIEL CROWLEY & ASSOCIATES

By: _____
    DANIEL F. CROWLEY
    Attorneys for PREMIER DELIVERY SERVICE

VAN DE POEL, LEVY, &
ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102

{00544394.DOC;1}

2

MEDIATION BRIEF BY DEFENDANT SEARS, ROEBUCK AND CO.

DATED:                    **LAW OFFICES OF KENNETH W. TURNER**

By: _____
         KENNETH W. TURNER
         Attorneys for Plaintiff
         MID-CENTURY INSURANCE COMPANY

DATED:                    **CARROLL, BURDICK & MCDONOUGH, LLP**

By: _____
         BERTRAND LEBLANC, II
         Attorneys for Defendant
         LG ELECTRONICS, U.S.A., INC.

DATED: 5-21-09            **DANIEL CROWLEY & ASSOCIATES**

By: _____
         DANIEL F. CROWLEY
         Attorneys for PREMIER DELIVERY SERVICE

VAN DE POEL, LEVY, &
ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102

{00544394.DOC;1}                              2

MEDIATION BRIEF BY DEFENDANT SEARS, ROEBUCK AND CO.

## ORDER

The parties having stipulated thereto, and good cause appearing, IT IS SO ORDERED, that this case is dismissed with prejudice.

Dated:    5/27/2009



_____
THE HONORABLE WAYNE D. BRAZIL
MAGISTRATE JUDGE OF THE U.S. DISTRICT
COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Wayne D. Brazil

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VAN DE POEL, LEVY, &
ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102

{00544394.DOC;1}                                                 3

MEDIATION BRIEF BY DEFENDANT SEARS, ROEBUCK AND CO.